Order entered December 11, 2012

005235



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01479-CV

### MESQUITE INDEPENDENT SCHOOL DISTRICT, Appellant

V.

### TOMASA MENDOZA, Appellee

On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 11-09131-F

## ORDER

The Court has before it appellee's November 26, 2012 motion to dismiss appeal and appellant's December 5, 2012 response to that motion. The Court **DENIES** the motion.

MOLLY FRANCIS
JUSTICE